IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CT-3078-BO

| | |
|---|---|
| DEMAR WORRELL, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE RICKS, )<br>Defendant. ) | **O R D E R** |

On November 25, 2008, in a detailed order, this civil rights action was dismissed without prejudice (D.E. # 12). Now over two years later, plaintiff is before the court with a motion for reconsideration pursuant to Rule 60 of the Federal Rules of Civil Procedure (D.E. # 16) and motion to amend to add defendants (D.E. # 17). However, the matter was dismissed over two years ago, and the case was closed. Under Rule 60 of the Federal Rules of Civil Procedure "[a] motion . . . must be made within a reasonable time - and . . . no more than a year after the entry of the judgment or order or the date of the proceeding." The motion is not timely. Accordingly, the filings are DENIED as UNTIMELY and MOOT. (D.E. # 16 and # 17).

SO ORDERED, this the __ day of August 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE